FILED

09/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0168

Robyn L. Weber, Esq.
Weber Law Firm
221 5th Avenue
Helena, MT 59601
Tel. (406) 449-4433
Robyn@weberlawhelena.com
Attorney for Petitioner/Appellee
KATIE MARIE THORNTON

FILED

SEP 24 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE SUPREME COURT OF THE

STATE OF MONTANA

IN RE THE PARENTING PLAN FOR:

A.J.B., A Minor Child,

KATIE MARIE THORNTON,

        Petitioner/Appellee,

v.

GREGORY STEVEN BALLARD,

        Respondent/Appellant.

Cause No. DA 21-0168

**ORDER GRANTING SECOND
MOTION FOR EXTENSION OF TIME**

Upon motion of the Petitioner/Appellee, KATIE MARIE THORNTON, by and through her counsel of record, Robyn L. Weber, IT IS HEREBY ORDERED that the Petitioner/Appellee IS GRANTED an **additional 8 days** to prepare and file the Response Brief, up to and including **October 8, 2021.**

SO ORDERED this 24 day of September, 2021.

Supreme Court Justice

c:     Robyn Weber, Esq.
       Brian Miller, Esq.